HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL PAUL HAXTON,<br><br>Petitioner,<br><br>v.<br><br>JEFFREY A UTTECHT,<br><br>Respondent. | CASE NO. C20-5040RBL<br><br>ORDER |

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. # 6], recommending that the Court deny Petitioner Haxton's §2254 *habeas corpus* petition without prejudice for failure to exhaust his state court remedies.

(1) The Report and Recommendation is ADOPTED;

(2) Haxton's §2254 habeas corpus petition [Dkt. 3] is DISMISSED without prejudice for failure to exhaust state court remedies, and as premature;

(3) The Court will NOT issue a Certificate of Appealability for the reasons articulated in the Report and Recommendation;

(4) Haxton's Motion to Compel Information [Dkt. # 5] is DENIED as moot; and

1   (5) Haxton's Motion to Exhaust State Remedies [Dkt. # 8] is DENIED as frivolous.

2   The clerk shall to close this case and to send copies of this Order to Petitioner Haxton, to

3   Magistrate Judge Theresa L. Fricke and to any other party appearing in this action.

4   IT IS SO ORDERED.

5   Dated this 22nd day of April, 2020.

*[signature]*

Ronald B. Leighton
United States District Judge

ORDER - 2